# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**THERESA COLLINS,**

V.

**SUMMONS IN A CIVIL CASE**

**APPLEGREEN CT TRAVEL PLAZAS, LLC,**

CASE NUMBER: **3:24-CV-01203-AWT**

TO: **Applegreen CT Travel Plazas, LLC**

Defendant's Address:    279 Cedarcrest Drive

Lexington, South Carolina  29072

Agent:   Corporation Service Company
Goodwin Square
225 Asylum Street; 20th Floor
Hartford, CT  06103

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**James V. Sabatini**
**Sabatini & Associates**
**One Market Square**
**Newington, CT 06111**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – A D Gaskins
—————————————————————
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2024-07-17 12:44:52, Clerk USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* APPLEGREEN CT TRAVEL PLAZAS, LLC
was received by me on *(date)* JULY 18, 2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* THE CLERK IN CHARGE OF CORPORATION SERVICE COMPANY FOR APPLEGREEN CT TRAVEL PLAZAS, LLC , who is
designated by law to accept service of process on behalf of *(name of organization)* APPLEGREEN CT
TRAVEL PLAZAS, LLC on *(date)* JULY 18, 2024 ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $ 12.00 for travel and $ 88.00 for services, for a total of $ 10 0.00

I declare under penalty of perjury that this information is true.

Date: July 18, 2024

_____
Server's signature

ALAN F ZAPACWSKI
State Marshal
Printed name and title

P.O. BOX 545
NEW BRITAIN, CT 06050
Servers address

Additional information regarding attempted service, etc: