AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Theresa Collins ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:24-cv-01203-AWT |
| Applegreen CT Travel Plaza, LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Applegreen CT Travel Plaza, LLC.

Date: August 19, 2024

/s/ John G. Stretton
*Attorney's signature*

John G. Stretton (ct19902)
*Printed name and bar number*
Ogletree Deakins Nash, Smoak & Stewart P.C.
281 Tresser Boulevad, Suite 602
Stamford, CT 06901

*Address*

john.stretton@ogletree.com
*E-mail address*

(203) 969-3100
*Telephone number*

(203) 969-3150
*FAX number*