## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THERESA COLLINS | : | CIVIL ACTION NO.: 3:24-cv-01203-AWT |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| APPLEGREEN CT TRAVEL PLAZAS, LLC | : | |
| | : | |
| | : | August 19, 2024 |
| Defendant. | : | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Local Rule 7(b), Defendant Applegreen CT Travel Plazas, LLC hereby moves for an extension of time of thirty (30) days, up to and including September 19, 2024, to answer, move against, or otherwise respond to the Complaint filed by Theresa Collins ("Plaintiff"). Counsel for Defendant is simultaneously filing its appearance with this motion for extension of time. This is the first request for extension of time sought by Defendant to respond to the Complaint. Counsel for Defendant contacted counsel for Plaintiff today regarding the extension of time, but did not receive a response as to whether Plaintiff consented.

Good cause exists for granting this motion. The undersigned was recently retained to represent Defendant in this matter. Defendant requires additional time to investigate, review, and determine available defenses and formulate full responses to Plaintiff's Complaint. The requested extension will not cause undue delay, as the parties have yet to propose Rule 26(f) deadlines.

WHEREFORE, Defendant respectfully requests that this Court grant Defendant's motion for extension of time to respond to Plaintiff's Complaint.

**DEFENDANT,**
**APPLEGREEN CT TRAVEL PLAZAS, LLC,**


By /s/ *John G. Stretton*
John G. Stretton (ct19902)
Ogletree Deakins Nash, Smoak & Stewart P.C.
281 Tresser Boulevard, Suite 602
Stamford, CT 06901
Phone: 203-969-3102
Fax: 203-969-3150
John.stretton@ogletree.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically through the Court's Electronic Filing System ("ECF") and email notification was sent to all parties. Parties unable to receive notifications through the Court's ECF system were sent copies by regular U.S. mail on this 19th day of August, 2024.

                                            */s/ John G. Stretton*
                                            John G. Stretton

63752652.v1-OGLETREE