UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THERESA COLLINS | : | CIVIL ACTION NO.: |
|    Plaintiff, | : | 3:24-cv-01203-AWT |
| | : | |
|    v. | : | |
| | : | |
| APPLEGREEN CT TRAVEL PLAZAS, LLC | : | |
| | : | September 18, 2024 |
|    Defendant. | : | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Local Rule 7(b), Defendant Applegreen CT Travel Plazas, LLC hereby moves for an extension of three (3) weeks, up to and including October 10, 2024, to answer, move against, or otherwise respond to the Complaint filed by Theresa Collins ("Plaintiff"). This is the second request for extension of time sought by Defendant to respond to the Complaint. Counsel for Plaintiff consents to the extension.

Good cause exists for granting this motion. The undersigned has recently suffered a death in his family, and as such has been unavailable to investigate, review, and determine all available defenses and formulate full responses to Plaintiff's Complaint. The request extension will not cause undue delay, as the parties have yet to propose Rule 26(f) deadlines.

**WHEREFORE**, Defendant respectfully requests that this Court grant Defendant's motion for extension of time to respond to Plaintiff's Complaint.

**DEFENDANT,**
**APPLEGREEN CT TRAVEL PLAZAS, LLC**

By: */s/ John G. Stretton*
John G. Stretton, Esq. (ct19902)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
281 Tresser Boulevard, Suite 602
Stamford, CT 06901
Phone: 203-969-3102

Fax: 203-969-3150
John.stretton@ogletree.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2024, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                                */s/ John G. Stretton*
                                                John G. Stretton

23373200.1