IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THERESA COLLINS, | ) Case No. 3:24-cv-01203 |
| Plaintiff, | ) |
| v. | ) |
| APPLEGREEN CT TRAVEL PLAZAS, LLC | ) September 26, 2024 |
| Defendant. | ) |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**APPLEGREEN CT TRAVEL PLAZAS, LLC**

**DEFENDANT**,

/s/ Michael O'Malley
Michael O'Malley (CT31784)
michael.o'malley@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two Stamford Plaza
281 Tresser Boulevard, Suite 602
Stamford, Connecticut 06901-3284
Telephone: 203-969-3100
Facsimile: 203-969-3150

**CERTIFICATION**

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Michael O'Malley

64448733.v1-OGLETREE