UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THERESA COLLINS,** | : | |
| | : | Case No. 3:24-cv-01203-AWT |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **APPLEGREEN CT TRAVEL PLAZAS, LLC,** | : | |
| | : | |
| **Defendant.** | : | September 26, 2024 |

### APPLEGREEN CT TRAVEL PLAZAS, LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Applegreen CT Travel Plazas, LLC ("Applegreen" or "Defendant") moves this Court for a dismissal of the Complaint filed by Plaintiff Theresa Collins ("Plaintiff") in its entirety. [Dkt. No. 1]. Plaintiff asserts claims of gender (female) discrimination in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and the Connecticut Fair Employment Practices Act ("CFEPA"), sexual harassment in violation of Title VII and CFEPA, and retaliation in violation of Title VII and CFEPA.

Plaintiff claims that she was terminated for her cash register being $100 short after she reported being harassed by a non-employee, David Dixon, to her manager and district manager. However, Plaintiff fails to explain how Mr. Dixon's purported conduct was motivated by discriminatory animus based on her gender, or how his conduct should be imputed to Applegreen. She also fails to allege the existence of similarly situated male employees who were not terminated for engaging in similar conduct. She also fails to establish that she engaged in protected activity, so as to sufficiently plead a claim for retaliation. The Complaint is littered with speculation and conclusory allegations, which cannot form the basis of her claims.

1

As further set forth in the accompanying Memorandum of Law in support of this Motion to Dismiss, Applegreen is entitled to a dismissal of the Complaint in its entirety because the allegations, even read in the light most favorable to Plaintiff, fail to properly state claims of gender discrimination, sexual harassment, and retaliation.

WHEREFORE, Defendant Applegreen CT Travel Plazas, LLC respectfully requests that the Court grant its Motion, issue an order dismissing the Complaint in its entirety, award Defendant its costs and reasonable attorneys' fees, and grant it such further relief as the Court deems just and proper.

**DEFENDANT**
**APPLEGREEN CT**
**TRAVEL PLAZAS, LLC**

By:/s/ *Michael S. O'Malley*
John G. Stretton, Esq. (ct19902)
Michael S. O'Malley, Esq. (ct31784)
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
Two Stamford Plaza
281 Tresser Boulevard, Suite 602
Telephone: (203) 969-3100
Facsimile: (203) 969-3150
John.stretton@ogletree.com
Michael.o'malley@ogletree.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically through the Court's Electronic Filing System ("ECF") and email notification was sent to all parties. Parties unable to receive notifications through the Court's ECF systems were sent copies by regular U.S. mail on this 26th day of September, 2024.

                                                              */s/ Michael S. O'Malley*
                                                              Michael S. O'Malley