UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THERESA COLLINS, | : | |
| | : | |
| Plaintiff, | : | Case No.: 3:24 cv 01203 (AWT) |
| | : | |
| vs. | : | |
| | : | |
| APPLEGREEN CT TRAVEL PLAZAS, LLC, | : | |
| | : | |
| Defendant. | : | OCTOBER 10, 2024 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to D.Conn.L.Civ.R. 7, plaintiff, in the above-entitled action, by and through her attorney, James V. Sabatini, Esquire, moves for an extension of time to November 19, 2024, in which to file her Objection to defendant's Motion to Dismiss dated September 26, 2024. Due to the nature of the legal claims and the volume of facts, plaintiff requires the additional time to properly and substantively file an objection. Additionally, plaintiff's counsel has been preparing for and is scheduled to begin Jury Selection in the case of *Chazantine Griffin v. Aetna, Inc., D.N. HHD-CV-21-6137396 S* on October 18, 2024. He has also been working on summary judgment objections in other cases and needs additional time to complete the objection in this case.

Defense counsel has no objection to the instant Motion.

        Respectfully Submitted,

By /s/ James V. Sabatini
James V. Sabatini, Esquire    CT 19899
Sabatini and Associates, LLC
One Market Square
Newington, CT  06111
Tel. No.:  860-667-0839
Fax No.:  860-667-0867
e-mail:  jsabatini@sabatinilaw.com
        sa@sabatinilaw.com

Attorney for plaintiff

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2024, a copy of the foregoing Motion For Extension of Time to Respond To Defendant's Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ James V. Sabatini
        James V. Sabatini