# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

**Date:** June 13, 2025

**Case #:** 3:24-cv-01203-AWT

**Honorable Judge:** Alvin W. Thompson

**Deputy Clerk:** L. S. Ferguson

**Theresa Collins**

Vs.

**Applegreen CT Travel Plazas, LLC**

**Counsel for Pla(s):** James V. Sabatini

**Counsel for Dft(s):** Michael S. O'Malley

**Start Time:** 1:03 pm   **End Time:** 1:23 pm

**Reporter/ECRO/Courtsmart:** Alicia Cayode Kyles

Recess (if more than ½ hr) _____ to _____

Interpreter _____ Language _____

Total Time _____ hour(s) **20** minute(s)

Hearing held: ☐ in person   ☑ by video (Zoom)   ☐ by telephone

## HEARING AND TIME

- ■ Motion/Oral Argument
- ☐ Show Cause Hearing
- ☐ Evidentiary Hearing
- ☐ Judgment Debtor Exam
- ☐ Pretrial Conference
- ☐ Scheduling Conference
- ☐ Status Conference
- ☐ Settlement Conference
- ☐ Other: _____

## MOTIONS

■ Motion **to Dismiss (ECF No. 18)** filed by ☐ Pla ■ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

Oral Argument on defendant's Motion to Dismiss (ECF No. 18).

Rev. 3/21/24