# 7NITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THERESA COLLINS, | : | |
| | : | Case No. 3:24-cv-01203-AWT |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| APPLEGREEN CT TRAVEL PLAZAS, LLC, | : | |
| | : | |
| Defendant. | : | July 7, 2025 |

## DEFENDANT'S NOTICE OF INTENT TO FILE MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Pursuant to the Honorable Alvin W. Thompson's Decision and Order on June 13, 2025, Defendant Applegreen CT Travel Plazas, LLC ("Defendant") hereby provides notice that it intends to file a Motion to Dismiss Plaintiff's Amended Complaint. *See* Dkt. Entry No. 25 and 26.

```
                                        DEFENDANT
                                        APPLEGREEN CT TRAVEL
                                        PLAZAS, LLC

                                        By: /s/ Michael S. O'Malley
                                        John G. Stretton, Esq.
                                        Michael S. O'Malley, Esq.
                                        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                        281 Tresser Boulevard, Suite 602
                                        Stamford, CT 06901
                                        T: 203-969-3102
                                        F: 203-969-3150
                                        John.stretton@ogletree.com
                                        Michael.o'malley@ogletree.com
```

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically through the Court's Electronic Filing System ("ECF") and email notification was sent to all parties. Parties unable to receive notifications through the Court's ECF systems were sent copies by regular U.S. mail on this 7th day of July, 2025.

<u>/s/ Michael S. O'Malley</u>
Michael S. O'Malley
