**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **THERESA COLLINS,** | : | |
| | : | **Case No. 3:24-cv-01203-AWT** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **APPLEGREEN CT TRAVEL PLAZAS,** | : | |
| **LLC,** | : | |
| | : | |
| **Defendant.** | : | **July 7, 2025** |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to D. Conn. L. Civ. R. 7, Defendant Applegreen CT Travel Plazas, LLC ("Defendant"), by and through its undersigned counsel, moves for an extension of fourteen (14) days, up through and including July 24, 2025, for Defendant to file its Motion to Dismiss the Amended Complaint. Good cause exists to grant this motion. Plaintiff's Amended Complaint contains numerous new allegations, 36 paragraphs in total. Additional time is needed for Defendant to evaluate and respond to the legal sufficiency of each new allegation. This is the first request for extension of time to respond to the Amended Complaint. The undersigned contacted counsel for Plaintiff's office on July 3, 2025 to request consent to file the instant motion, but has not received a response to date.

DEFENDANT,
APPLEGREEN CT TRAVEL
PLAZAS, LLC

By: */s/ Michael S. O'Malley*
John G. Stretton, Esq.
Michael S. O'Malley, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
281 Tresser Boulevard, Suite 602
Stamford, CT 06901
T: 203-969-3102
F: 203-969-3150
John.stretton@ogletree.com
Michael.o'malley@ogletree.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically through the Court's Electronic Filing System ("ECF") and email notification was sent to all parties. Parties unable to receive notifications through the Court's ECF systems were sent copies by regular U.S. mail on this 7th day of July, 2025.

/s/ Michael S. O'Malley
Michael S. O'Malley