UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THERESA COLLINS,** | : | |
| | : | Case No. 3:24-cv-01203-AWT |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **APPLEGREEN CT TRAVEL PLAZAS, LLC,** | : | |
| | : | |
| **Defendant.** | : | July 21, 2025 |

## APPLEGREEN CT TRAVEL PLAZAS, LLC'S MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Applegreen CT Travel Plazas, LLC ("Applegreen" or "Defendant") moves this Court for a dismissal of the Amended Complaint filed by Plaintiff Theresa Collins ("Plaintiff") in its entirety. [Dkt. No. 26]. Plaintiff asserts claims of gender (female) discrimination in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and the Connecticut Fair Employment Practices Act ("CFEPA"), sexual harassment in violation of Title VII and CFEPA, and retaliation in violation of Title VII and CFEPA.

Plaintiff claims that she was terminated from Applegreen for her cash register being $100 short after she reported being harassed by a non-employee, David Dixon, to her manager, district manager, and Mr. Dixon's employer. However, Plaintiff fails to explain how Mr. Dixon's purported conduct was motivated by discriminatory animus based on her gender, or how his conduct should be imputed to Applegreen. She fails to allege facts sufficient to establish that she experienced a hostile work environment based upon her gender. The allegations set forth in the Amended Complaint merely reference rude and unkind behavior, entirely disconnected from gender discrimination. Moreover, the alleged conduct is not sufficiently severe or pervasive enough to

establish a claim. Her citation to alleged similarly situated comparators fails as several of the comparators alleged are also female, undercutting her claim that she was treated different on the basis of her gender. Plaintiff also fails to establish that she engaged in protected activity by reporting a discriminatory employment practice of Applegreen, so as to sufficiently plead a claim for retaliation. The Complaint is littered with speculation and conclusory allegations, which cannot form the basis of her claims.

As further set forth in the accompanying Memorandum of Law in support of this Motion to Dismiss, Applegreen is entitled to a dismissal of the Complaint in its entirety because the allegations, even read in the light most favorable to the Plaintiff, fail to properly state claims of gender discrimination, sexual harassment, and retaliation.

WHEREFORE, Defendant Applegreen CT Travel Plazas, LLC respectfully requests that the Court grant its Motion, issue an order dismissing the Complaint in its entirety, award Defendant its costs and reasonable attorneys' fees, and grant it such further relief as the Court deems just and proper.

DEFENDANT,
APPLEGREEN CT TRAVEL
PLAZAS, LLC

By: */s/ Michael S. O'Malley*
John G. Stretton, Esq.
Michael S. O'Malley, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
281 Tresser Boulevard, Suite 602
Stamford, CT 06901
T: 203-969-3102
F: 203-969-3150
John.stretton@ogletree.com
Michael.o'malley@ogletree.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically through the Court's Electronic Filing System ("ECF") and email notification was sent to all parties. Parties unable to receive notifications through the Court's ECF systems were sent copies by regular U.S. mail on this 21st day of July 2025.

                                            */s/ Michael S. O'Malley*
                                            Michael S. O'Malley