```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

------------------------------ x
THERESA COLLINS,               :
                               :
          Plaintiff,           :
                               :
                               :
v.                             :   Civil No. 3:24-CV-1203 (AWT)
                               :
APPLEGREEN CT TRAVEL PLAZAS,   :
LLC,                           :
                               :
          Defendant.           :
------------------------------ x
```

### ORDER RE STATUS REPORT

On **April 2, 2026,** the parties shall file a joint status report advising the court as to:

1. The status of discovery;

2. Any discovery issues foreseen by either party; and

3. The first date on which a settlement conference would be productive.

It is so ordered.

Signed this 8th day of August 2025, at Hartford, Connecticut.

```
                              _____/s/AWT_____
                                Alvin W. Thompson
                             United States District Judge
```